

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00109-CR

WILLIAM PAUL WEST, Appellant

§ On Appeal from the 415th District Court

§ of Parker County (CR16-0789)

V.

§ August 1, 2019

§ Opinion by Justice Kerr

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr